CURT REVARD v. STATE.

No. A-734.   Opinion Filed September 23, 1911.

Appeal from Osage County Court; C. T. Bennett, Judge.

Curt Revard was convicted of violating the prohibitory law, and appeals. Affirmed.

Harris, Sams & Hargis, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., and L. F. Roberts, Co. Atty., for the State.

PER CURIAM. Plaintiff in error was convicted in the county court of Osage county on a charge of drunkenness, and on the 23rd day of October, 1909, sentenced to pay a fine of twenty-five dollars. The appeal was filed in this court on the 23rd day of April, 1910. No brief has been filed on behalf of plaintiff in error, and no appearance made for oral argument. The judgment of the lower court is affirmed for want of prosecution under rule 4.